# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

OLLANDIS TURNER (#549743)

VERSUS

LOUISIANA STATE PENITENTIARY

CIVIL ACTION

22-698-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Scott D. Johnson dated May 8, 2023, to which no *Objection* has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines the exercise of supplemental jurisdiction over any potential state law claims, and Plaintiff's claims are dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana, on this _17_ day of May, 2023.

*[signature]*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 10.